# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| MARC WHITE,<br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC;<br>    Defendants. | CASE NO. 7:21-cv-01497-PMH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Marc White, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Marc White against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Marc White and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:     April 21, 2021            _____
                                      JUDGE, United States District Court,
                                      Southern District of New York